ENTERED ON DOCKET

9/30/99 PURSUANT

TO FRCP RULES 58 & 79a

# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,      *
          *
    Plaintiff,        *     Civil No. 98-2197 (JAF)
          *
    v.               *
          *
ANGEL LUIS ALVARADO SULIVERAS,  *
et al.,             *
          *
    Defendants.      *
          *
--------------------------------*

RECEIVED & FILED
99 SEP 30 PM 1:48
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

## J U D G M E N T

    Plaintiff having failed to comply with the court's order entered on August 13, 1999, judgment is entered dismissing the present case with prejudice for failure to prosecute diligently. Fed. R. Civ. P. 41(b).

    San Juan, Puerto Rico, this 29th day of September, 1999.

JOSE ANTONIO FUSTE
U. S. District Judge