UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,  *
                           *
    Plaintiff,             *   Civil No. 98-2197 (JAF)
                           *
    v.                     *
                           *
ANGEL LUIS ALVARADO SULIVERAS, *
et al.,                    *
                           *
    Defendants.            *
                           *
-----------------------------------*

**AMENDED JUDGMENT NUNC PRO TUNC**

Plaintiff having failed to comply with the court's order entered on August 13, 1999, Docket Document No. 6, judgment is entered dismissing the present case without prejudice for failure to prosecute diligently.

San Juan, Puerto Rico, this 13th day of March, 2000.

JOSE ANTONIO FUSTE
U. S. District Judge

AO 72
(Rev 8/82)